# EXHIBIT G

John D. Tverdy v. Metro Auto Body Inc. and John Antonjak
Case No. 20-cv-03153

**Employment Information (as provided by client)**

| Name | Period Start | Period End | Weeks in Period | Avg. Days Worked/week | Avg. Hours Worked/day | Avg. No. of Hours Worked/week | Avg. No. of RT Hours worked/week | Avg. No. of OT Hours worked/week | Avg. weekly paid | Hourly Rate | RT Rate of pay | OT rate of pay | Min. Wage for OT Hours | Hourly Wages owed for OT hours (Col. N - Col. K) | Total unpaid OT owed/week (Col. L * Col. O) | Total Unpaid OT Owed for Period Worked (Col. D * Col. P) | RT Rate of Pay | No. of Days worked of excess 10 Hours/week | Spread of Hours Owed/week (Col. R * Col. S) | Total Spread of Hours Owed for Period Worked (Col. D * Col. T) | Total OT + Spread of Hours for Period Worked (Col. Q + Col. U) | Liquidated Damages at 100% Owed damages Col. V) | Total Amount Owed (for Unpaid OT, Unpaid Spread of Hours and Liquidated Damages) (Col. V + Col. W) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| John D. Tverdy | 1/1/2014 | 12/31/2014 | 52 | 6 | 11.5 | 69 | 40 | 29 | $500.00 | $12.50 | $12.50 | $18.75 | $18.75 | $6.25 | $181.25 | $9,425.00 | $12.50 | 6 | $75 | $3,900.00 | $13,325.00 | $13,325 | $26,650.00 |
| John D. Tverdy | 1/1/2015 | 12/31/2015 | 52 | 6 | 11.5 | 69 | 40 | 29 | $500.00 | $12.50 | $12.50 | $18.75 | $18.75 | $6.25 | $181.25 | $9,425.00 | $12.50 | 6 | $75 | $3,900.00 | $13,325.00 | $13,325 | $26,650.00 |
| John D. Tverdy | 1/1/2016 | 12/31/2016 | 52 | 6 | 11.5 | 69 | 40 | 29 | $500.00 | $12.50 | $12.50 | $18.75 | $18.75 | $6.25 | $181.25 | $9,425.00 | $12.50 | 6 | $75 | $3,900.00 | $13,325.00 | $13,325 | $26,650.00 |
| John D. Tverdy | 1/1/2017 | 12/31/2017 | 52 | 6 | 11.5 | 69 | 40 | 29 | $500.00 | $12.50 | $12.50 | $18.75 | $18.75 | $6.25 | $181.25 | $9,425.00 | $12.50 | 6 | $75 | $3,900.00 | $13,325.00 | $13,325 | $26,650.00 |
| John D. Tverdy | 1/1/2018 | 12/31/2018 | 52 | 6 | 11.5 | 69 | 40 | 29 | $500.00 | $12.50 | $12.50 | $18.75 | $18.75 | $6.25 | $181.25 | $9,425.00 | $12.50 | 6 | $75 | $3,900.00 | $13,325.00 | $13,325 | $26,650.00 |
| John D. Tverdy | 1/1/2019 | 12/31/2019 | 52 | 6 | 11.5 | 69 | 40 | 29 | $800 | $20.00 | $20.00 | $30.00 | $30 | $10.00 | $290.00 | $15,080.00 | $20.00 | 6 | $120 | $6,240.00 | $21,320.00 | $21,320.00 | $42,640.00 |
| John D. Tverdy | 1/1/2020 | 2/14/2020 | 6 | 6 | 11.5 | 69 | 40 | 29 | $800 | $20.00 | $20.00 | $30.00 | $30 | $10.00 | $290.00 | $1,740.00 | $20.00 | 6 | $120 | $720.00 | $2,460 | $2,460 | $4,920.00 |
| | | | | | | | | | | | | | | | | | | | TOTAL | | $90,405.00 | $90,405.00 | $180,810.00 |

**Damage Calculations Summary**

| | |
|---|---|
| Total amount owed for Unpaid Overtime | $63,945.00 |
| Total amount owed for Spread of Hours | $26,460.00 |
| Total amount owed for Liquidated Damages | $90,405.00 |
| **TOTAL** | **$180,810.00** |