# EXHIBIT H

# ZELENITZ, SHAPIRO & D'AGOSTINO, P.C.

ATTORNEYS AT LAW
138-44 QUEENS BOULEVARD
BRIARWOOD, NEW YORK 11435
TEL: (718) 523-1111
FAX: (718) 725-9606

BRADLEY M. ZELENITZ
DAVID A. SHAPIRO
LISA A. D'AGOSTINO

DOMINIC A. BAYLON
EMILY CLARKE
BENJAMIN L. FEDERICI
SARAH SMITH
NICHOLAS P. STOCKTON
MARC S. LEWIS
BRITTANY L. FRONING
SAMANTHA SURDI
LAVINIA ACARU

October 14, 2020

John Tverdy
20-CV-03153

| DATE | DESCRIPTION | TIME |
|---|---|---|
| Professional Services | | |
| 3/30/2020 | Call with client, performed research + drafting complaint | 4.25 |
| 3/31/2020 | Call with client + finished drafting complaint + reviewed complaint | 2.25 |
| 7/15/2020 | Filed Summons, Complaint, Civil Sheet & arranged for service | 0.75 |
| 7/16/2020 | Received email RE: initial status conf & review mandatory requirements | 0.50 |
| 7/30/2020 | Filed affidavits of service | 0.25 |
| 8/5/2020 | Call with client RE: update | 0.25 |
| 8/18/2020 | Attention to file & docket for status of the case | 0.25 |
| 8/19/2020 | Call from client RE: update | 0.25 |
| 8/20/2020 | Drafted Request for default, affirmation & proposed certificate of default + review EDNY rules | 1.50 |
| 8/24/2020 | Printed, scanned & filed request to enter certificate of default & proposed certificate of default | 0.50 |
| 8/25/2020 | Call with court RE: upcoming conference on 8-27-2020 | 0.25 |
| 8/28/2020 | Drafted letter + arranged service on Corporate D through SOS | 0.25 |

OFFICES CONVENIENTLY LOCATED THROUGHOUT NEW YORK CITY

| Date | Description | Time |
|---|---|---|
| 9/1/2020 | Return client call RE: status of case | 0.25 |
| 9/8/2020 | Received, scanned & e-filed the affidavit of service – Metro Auto | 0.25 |
| 9/24/2020 | Call with client Re: update | 0.25 |
| 9/25/2020 | Drafted request for certificate of default & proposed certificate of default – Metro Auto | 0.25 |
| 9/28/2020 | Printed, signed & filed request for certificate of default against Metro Auto Body & proposed certificate of default | 0.25 |
| 10/2/2020 | Review order Re: filing default judgment motion & deadline | 0.25 |
| 10/6/2020 | Call with client | 0.25 |
| 10/8/2020 | Drafted default judgment motion & damage schedule/calculations + call with client | 3.50 |
| 10/9/2020 | Started drafting memo of law in support DJ motion + proposed judgment; Research | 3.00 |
| 10/9/2020 | Research + finished drafting Memo in support of DJ motion; client's affidavit + call with client | 2.75 |
| 10/15/2020 | Review and edited memo of law in support, arranged exhibits for DJ motion | 2.25 |

|  | Total Time | 24.25 |
|---|---|---|
|  | Total Amount | $ 8,487.50 |

Additional expenses

| Date | Description | | Amount |
|---|---|---|---|
| 7/15/2020 | Filing Fee | - Complaint | $400.00 |
| 7/22/2020 | Service of process | - Metro Auto Body | $ 69.00 |
| 7/22/2020 | Service of process | - John Antonioli | $ 34.50 |
| 8/28/2020 | Overnight – Fedex (process server copies) | | $ 25.00 |
| 9/1/2020 | Process server to serve Metro Auto Body through SOS | | $ 60.00 |

|  | Total expenses | $588.50 |
|---|---|---|
|  | Total amount of this bill | $ 9,076.00 |